```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,       )
                                )           4:09CR3093
            Plaintiff,          )
                                )
     vs.                        )     ORDER
                                )
JOEL OCHOA-GONZALEZ,            )
                                )
            Defendant.          )
```

       The court has been presented a Financial Affidavit (CJA Form 23) signed by the above-named defendant in support of a request for appointed counsel.  After a review of the Financial Affidavit, I find that the above-named defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

       **IT THEREFORE HEREBY IS ORDERED** that John S. Berry is appointed as attorney of record for the above-named defendant.

       **IT IS FURTHER ORDERED** that the Federal Public Defender's Office shall forthwith provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

       **IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender and the defendant's attorney.

       DATED July 30, 2009.

                                            BY THE COURT

                                            *Richard G. Kopf*
                                            United States District Judge