IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3093 |
| | ) | |
| V. | ) | |
| | ) | |
| JOEL OCHOA-GONZALEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The defendant has absconded and an arrest warrant has been issued. See filings 22 and 23. Therefore,

IT IS ORDERED that this case is removed from the trial calendar. Counsel for the government shall notify me when the defendant is apprehended.

DATED this 29th day of October, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge