THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 4:09CR3093 |
| ) | |
| vs. ) | ORDER FOR DISMISSAL |
| ) | |
| JOEL OCHOA-GONZALEZ, ) | |
| ) | |
| Defendant. ) | |

The Motion of the United States is hereby granted. It is hereby ordered that Counts III and IV of the Superseding Indictment in this matter are dismissed without prejudice, as to the defendant, Joel Ochoa-Gonzalez.

DATED this 6th day of October, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge